### Tompson agt. Curtis

Benjamin Tompson of Brantry Assigne by Deed and Proprieto$^r$ by purchase of the Estate of John Godfry plaint. ag$^t$ Zacheus Curtis Senio$^r$ Defend$^t$ for witholding a debt of Eleven pounds due by bond or bill to the s$^d$ Godfrey & his Assignes as therein is Specified to-

gether with all due damages for non payment. . . . The Jury . . . found for the plaint. Eleven pounds to bee p$^d$ according to bill & costs of Court. granted 39$^s$

Execution issued June: 22° 1678.